IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRE LEWIS,** : | |
|   **Plaintiff** : | |
| : | No. 1:19-cv-1504 |
| **v.** : | |
| : | (Judge Rambo) |
| **SUPERINTENDENT** : | |
| **MASON,** *et al.,* : | |
|   **Defendants** : | |

## ORDER

**AND NOW**, on this 25th day of August 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT** Plaintiff's motion to compel (Doc. No. 52) is **GRANTED IN PART** and **DENIED AS MOOT IN PART**, as follows:

1. The motion (Doc. No. 52) is **GRANTED** to the extent that Defendants are directed to produce the A-ISO camera cell video footage from June 29, 2019, beginning at 12:00 a.m., to 12:00 a.m. on June 30, 2019; and

2. The motion (Doc. No. 52) is **DENIED AS MOOT** with respect to Plaintiff's request concerning RN Nichols' medical notes from June 29, 2019.

s/ Sylvia H. Rambo
United States District Judge
