# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE LEWIS, : | |
|    Plaintiff : | |
| : | No. 1:19-cv-1504 |
| v. : | |
| : | (Judge Rambo) |
| SUPERINTENDENT : | |
| MASON, *et al.*, : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 6th day of May 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 66) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Mason, Jones, Roxby, Contreras, Klick, Zabresky, and Phan and against Plaintiff Andre Lewis; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                       s/ Sylvia H. Rambo
                                                       United States District Judge